UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:09-CR-253-F

FILED IN OPEN COURT
ON 6/14/2010
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

ORDER

ROBERT McQUEEN,
RANDY CHAMBERS

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on June 14, 2010, be turned over to the case agent, Shawn Collins, Fayetteville Police Dept., to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 149 | Straws for drugs |
| 150 | Black bag of misc. paraphernalia |
| 151 | Packaged Heroin |
| 152 | Packaged Heroin |
| 153 | Packaged Heroin |
| 154 | Packaged Heroin |
| 155 | Packaged Heroin |
| 156 | Packaged Heroin |
| 157 | Packaged Heroin |
| 158 | Packaged Heroin |

This __14th__ day of __June__, 2010.

James C. Fox
Senior U.S. District Judge

Agent's Signature: _____