UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:09-CR-253-F

UNITED STATES OF AMERICA

vs.  ORDER

ROBERT McQUEEN,
RANDY CHAMBERS

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on June 15, 2010, be turned over to the case agent, Shawn Collins, Fayetteville Police Dept., to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 136 | Firearm |
| 137 | Firearm |
| 139 | Bag containing drug paraphernalia |
| 140 | Bag containing drug paraphernalia |
| 159 | Packaged Heroin |
| 160 | Packaged Heroin |

This  15th  day of  June , 2010.

James C. Fox
Senior U.S. District Judge

Agent's Signature: _____