IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00253-F-1
No. 5:12-CV-00693-F

| | |
|---|---|
| ROBERT LEE McQUEEN,<br>          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>          Respondent. | <u>O R D E R</u> |

This matter is before the court on Robert Lee McQueen's pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-147] and related motions [DE-148, DE-149, DE-150, DE-156].

The Government's Memorandum in Support of Motion to Dismiss, contains the following footnote:

> If the Court would like additional research or memorandum on any particular subsection of Petitioner's memorandum, Respondent can address those claims for relief in a supplemental memorandum.

[DE-157] at 3 n.1. The court believes that a supplemental memorandum *is* necessary, which fully and fairly addresses each issue raised by McQueen in his section 2255 motion [DE-147] and extensive Memorandum [DE-147-1]. The court notes that McQueen's claims are almost entirely based on ineffective assistance of counsel and should be addressed by application of the relevant two-pronged standard set forth in *Strickland v. Washington,* 466 U.S. 668 (1984). In light of the foregoing, on or before February 16, 2015, the Government is DIRECTED to file its supplemental memorandum.

SO ORDERED.

This, the 2ⁿᵈ day of January, 2015.

                                                               _/s/ James C. Fox_
                                                               JAMES C. FOX
                                                               Senior U.S. District Judge