# UNITED STATES DISTRICT COURT
## for the

### Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:09-CR-253-1F |
| Robert Lee McQueen ) | |
| ) | USM No: 51816-056 |
| Date of Original Judgment: October 12, 2010 ) | |
| Date of Previous Amended Judgment: _____ ) | G. Alan DuBois |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 109 _____ months **is reduced to** 88 months. _____

The sentence of 88 months is imposed in Counts 1, 3, 6, 7, 9, and 11, to run concurrently in all counts. The sentence in Count 12 remains 60 months, consecutive, resulting in a total sentence of 148 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 12, 2010, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 8/6/15 _____      _____
                                    *Judge's signature*

Effective Date: November 1, 2015      James C. Fox, Senior U.S. District Judge
          *(if different from order date)*        *Printed name and title*

EDNC Rev. 11/8/2011