IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00253-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT LEE McQUEEN, | ) | |
| Defendant. | ) | |

This matter is before the court on Robert Lee McQueen's letter motion [DE-232]. In his letter motion, McQueen requests a copy of his evidentiary hearing transcript. A review of the record reveals that McQueen's case is on appeal to the Fourth Circuit Court of Appeals. McQueen is advised that once counsel is appointed by the Fourth Circuit, they can request a copy of the transcript with a CJA-24. The Clerk is DIRECTED to provide McQueen with information on how he can obtain the transcript at cost. In light of the foregoing, McQueen's letter motion [DE-232] is DENIED.

SO ORDERED.

This, the 25 day of March, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge